# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:

Gwendolyn Mingo

      Debtor(s)
_____/

Chapter 7
Case No. 07-47529
Honorable Thomas J. Tucker

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

  Movant, JPMorgan Chase Bank N.A as successor in merger to Bank One N.A. f/k/a NBD Bank it's successors and or assigns, by and through its attorneys, Orlans Associates, P.C., having filed a Motion for Relief from the Automatic Stay with respect to the property located at 269-271 Watson, Detroit, MI 48206; and any surplus on the foreclosure sale of this property shall be turned over to the estate and any deficiency on the foreclosure sale of this property shall be treated as an unsecured debt, and the Court being in receipt of the Motion and the Court being fully advised in the premises;

  IT IS HEREBY ORDERED that the Automatic Stay as to secured creditor, JPMorgan Chase Bank N.A as successor in merger to Bank One N.A. f/k/a NBD Bank it's successors and or assigns, relative to the property located at 269-271 Watson, Detroit, MI 48206 is hereby lifted, and that entry of the order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3). This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United State Bankruptcy Code.

.

**Signed on June 07, 2007**

                  _____/s/ Thomas J. Tucker_____
                  **Thomas J. Tucker**
                  **United States Bankruptcy Judge**