

Revised 10/07 **UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan



## COVER SHEET FOR AMENDMENTS

**CASE NAME:** Gwendolyn Mingo
**CASE NUMBER:** 0747529

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:** AMENDED MATRIX

[✓] Add creditors to schedules(s) #E + Summary. How many? 19
(Use second page of this form to list creditors added).

[ ] Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

[ ] Other: (Please explain)

_____

_____

_____

[✓] **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

[ ] **Amended Schedules and list of creditors.** Schedules must be verified by the debtor(s).

[✓] **Matrix.** Send a matrix listing "**only**" the amended creditors being added. Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address-use the second page of this form.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

**FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE**

Signature: _____
Name of Attorney

Signature: _____
Name of Debtor

Official Form 6 - Summary (10/06)

# United States Bankruptcy Court
_____ District Of _____

In re  Gwendolyn Mingo ,     Case No. _____
      Debtor

Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | ✓ | 1 | $ | | |
| B - Personal Property | ✓ | 2 | $ | | |
| C - Property Claimed as Exempt | ✓ | 1 | | | |
| D - Creditors Holding Secured Claims | ✓ (2) | | | $ 214,394. | OLD |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | ✓ | 34 | | $ 94,821.04 | Amend. |
| F - Creditors Holding Unsecured Nonpriority Claims | ✓ | 1 | | $ | |
| G - Executory Contracts and Unexpired Leases | ✓ | 1 | | | |
| H - Codebtors | ✓ | 1 | | | |
| I - Current Income of Individual Debtor(s) | 450.✓ | 1 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | 503.00 ✓ | 1 | | | $ |
| TOTAL | | 51 | $ | $ 309,215 | |

Amended Matrix : $94,821.00
Unsec. Creditors

*Amended Matrix* (1)

Official Form 6E (04/07) - Cont

In re **Gwendolyn Mingo**, Debtor    Case No. **07-47529** (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| # | CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Account No. 921000006985397870<br>American Med. Sec.<br>P.O. Box 13597<br>Greenbay, WI 54307-3597 | | | ?<br>2006-2007 | | | | ✓ $68.87 | | |
| 2 | Account No.<br>Capital Mami Sero. 4<br>726 Exchange St. 700<br>Buffalo, NY 14210 | | ✓ | 2006-2007 | | | | ✓ $231.28 | | |
| 3 | Account No.<br>Carol Bogden<br>5842 Porter St.<br>Det., MI 48209 | N/A | | May - July 2007 | | | | ✓ $5002.00 | Gift chgd. mind made into a loan | |
| 4 | Account No. 924003/727 Acct: 7917899<br>Citi Financial Mtg<br>509 Mercer Ave<br>Panama City, Fla 32401 | | ✓ | 1997-2007 | | | | ? may be dupl. still calling<br>✓ $12,765.16 | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals► (Totals of this page)   $18,067 (Rounded off)

Total► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Totals► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

Official Form 6E (04/07) - Cont

In re **Gwendolyn Mingo**, Debtor    Case No. **07-47529** (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0500150-301 / 0500150-302 / 0120 2021-2  City of Det. Water & Sew. 735 Randolph Det., MI 48226 | | N/A | 2004-2007 | | | | $400.00 | | |
| Account No. 61175280616 / 00579925 / 37050 8943  City of Detroit Indiv. Income Dept. 35601 Bx 6900 Det. MI 48267-0350 | | ✓ | 2000-2007 | | | | 3,065.21 | | |
| Account No. MIZRA558 / 67155198600974  City of Det MIZRA558 PO Box 2549 2549 Det., MI 48231 | | ? | 2004-2007 | | | | 2,215.00 | | |
| Account No. M8471 28013; 13-41552; J 610 29330; MIZRA358 2300120017; 20293 8681; 20219332; N00223360 City of Detroit M 72268 3/22; 26286846; 0872 540 123 PO Bx 2549 Det., MI 48231 2549 | | | | | | | 480.00 | | |

Sheet no. __ of __ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page) $ 6160⁴

Total▶ $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals▶ $ $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6E (04/07) - Cont.

In re: __Gwendolyn Mingo__, Debtor   Case No. __07 47529__ (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No.<br>County of Wayne<br>Raymond J. Wojtowicz<br>400 Monroe #320<br>Det, MI 48226-2962 | N/A | | 2004  320.49<br>2006   90.48<br>2007  390.98 | | | | 900.00 | | |
| Account No. 395941 3000<br>DTE<br>P.O. Box 2859<br>Detroit, MI 48260 | 8<br>N/A | | 26136840003 0-1<br>261368400 10-5 | | | | 6,800.00 | | |
| Account No. R072000096 A-6819<br>GC Serv. MGSL<br>Comerica #9351<br>4777 Hilton Corp. Dr.<br>Columbus, OH 48232 | ✓ | | | | | | 7,745.55 | Rounded off | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page) $15,446 (15,445.55)

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

Official Form 6E (04/07) - Cont.

In re **Gwendolyn Mingo**, Debtor  Case No. **07-47529** (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| # | CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | Account No. <br> Henry Ford Health Sys. <br> Cust. Serv. Dept. <br> P.O. Box 339 #4478 <br> Troy, MI 48099 | | ✓ | | | no ins | ✓ | (date deceased. <br> four spouse <br> med. bills) <br> 4,478.00 | | |
| 13 | Account No. 0905584 <br> MI Dept of Treas <br> Income Tx Sec. Bx 30058 <br> Lansing, MI 48909 | | | 2004 <br> Ho Heat Credit | | | | 999.00 | | |
| 14 | Account No. <br> Orlans Assoc / Chase Bank <br> P.O. Box 5041 <br> Troy, MI 48007-5041 | | ✓ | | | | | $15,000 <br> 20,000 | all fees and atty bills any bills added to mtg - fur Condo fees, etc | |
| 15 | Account No. PMIS 33 claim 4703440 Ref. # 840 4154 <br> ROIC Collectn. Serv <br> MI Guar Sullivan <br> 2899 E. Big Beaver <br> Troy, MI 48083-2466 | | | | | | | 201.00 | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▸ (Totals of this page) $25,378.00 max.

Total▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Totals▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

Official Form 6E (04/07) - Cont.

In re: **Gwendolyn Mingo**, Debtor  
Case No. **07-47529** (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| | CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | Account No. M701164; M809560; M520293210237; 326862224; N599874; N616542; N758770<br>Mary G D. of G.<br>101 10th<br>Det., MI 48226 | | N/A | 12006- 2007 | | | | 500.00 | | |
| 17 | Account No. M701164; M701165; M809560; N599874; N616542; N758770<br>State of MI<br>Dept. of Treas<br>Box 30058<br>Lansing, MI 48909 | | | 2004- 2007 | | | | 1,200.00 | | |
| 18 | Account No. 12946054<br>Van Ru Credit<br>1350 E. Touhy Ave<br>#300E<br>Des Plaines, Ill 60018 | N/A | N/A | 2000-2007 | | | | 8,000.00 | 272? | |
| 19 | Account No.<br>Washington Mutual<br>Customer Care<br>P.O. Box 3139<br>Milwaukee, Wisc. 53201-3139 | | ✓ | 1996- 2007 | | | | All costs, fees, alleged Condo fees, atty fees processing fees 20,000.00 | allged atty fees | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page) **$29,770.00**

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) **$94,821.00**  0

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

Unsec. $94,821.00  
19 Creditors $94,821.00  
309 215 TTL.

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan
## Southern Division – Detroit

In re:  
Gwendolyn Mingo   pro sec  
       Debtor

_____/

Chapter 7  
CaseNo. 07-47529  
Hon. Judge Thomas J. Tucker

## Amended Matrix

American Medical Security Life Ins. Co.  
P.O. Box 13597  
Green Bay, WI   54307-3597

Capital Management Services LP  
726 Exhange St.  Suite 700  
Buffalo, NY   14210  
1-800-297-6179

Carol Bogden  
5842 Porter St.  
Detroit, Michigan   48209

CitiFinancial Mortgage Corp.  
509 Mercer Ave.  
Panama City,  Florida   32401

City of Detroit  
Water and Sewerage Dept.  
735 Randolph  
Detroit, Michigan   48226

City of Detroit  
Individual Income Tax Division  
Department 35001  P.O. Box 6700  
Detroit, Michigan   48267-0350

City of Detroit  
MIZRA558  
P.O. Box 2549  
Detroit, Michigan   48231-2549

1

City of Detroit
P.O. Box 2549
Detroit, MI 48231 - 2549

County of Wayne
Raymond J. Wojtowicz Treasurer
400 Monroe – Suite 320
Detroit, Michigan 48226-2962
224-5990

DTE
P.O. Box 2859
Detroit, Michigan48260

GC Services   MGSL
CoMerica Bank F. # 9351
R072000096  A. # 6819904449
4777 Hilton Corporate Drive
Columbus, Ohio 43232

Henry Ford Health Systems
Customer Service Department
P.O. Box 339 #4478
Troy, MI 48099

Michigan Department of Treasury
Income Tax Section  Box 30058
Lansing, Michigan 48909
1-800-827-4000

ORLANS Assoc. P.C. Attorneys for Services
P.O. Box 5041
Troy, Mich. 48007-5041
248 457-1000  # 362-0503(3/21)(4/11)

RDK Collection Services, Inc.
Michigan Guaranty Services – Sallie Mae
2899 E. Big Beaver Road
PMB 33  Claim 470344-0
Troy, MI 48083-2466

Thirty Six (36) Dist. Court
101 10th
Detroit, MI 48226

2

State of Michigan
Department of Treasury
Box 30058
Lansing, Michigan  48909

Van Ru Credit
Michigan Guaranty Services – Sallie Mae
1350 E. Touhy Ave.  Suite 300 E
Des Plaines, Ill  60018
1-800-468-2678

Washington Mutual
Customer Care Department
P.O. Box 3139
Milwaukee, WI  53201 - 3139