UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 07-47529

GWENDOLYN MINGO, *pro se*,                                Chapter 7

        Debtor.                                        Judge Thomas J. Tucker
_____/

**ORDER GRANTING DEBTOR'S MOTION TO SET ASIDE SHERIFF'S SALE**

      This case is before the Court on "Debtor's Motion To Set Aside Sheriff's Sale And Foreclosure In Violation Of Stay By Court And Motion To Restrain House From Sale," filed on December 12, 2007 (Docket # 41), seeking, in relevant part, to set aside a June 6, 2007 foreclosure sale of property located at 269-271 Watson, Detroit, MI 48206. The Court held a hearing on the motion on January 16, 2008. For the reasons stated by the Court on the record at the hearing,

      IT IS ORDERED that "Debtor's Motion To Set Aside Sheriff's Sale And Foreclosure In Violation Of Stay By Court And Motion To Restrain House From Sale" (Docket # 41) is GRANTED to the extent it seeks to set aside the June 6, 2007 foreclosure sale of property located at 269-271 Watson, Detroit, MI 48206.

      IT IS FURTHER ORDERED that the June 6, 2007 foreclosure sale of property located at 269-271 Watson, Detroit, MI 48206 is VOID and therefore of no force or effect, because it was done in violation of the automatic stay.

      IT IS FURTHER ORDERED that the mortgage creditor JPMorgan Chase Bank N.A. as successor in merger to Bank One N.A. f/k/a NBD Bank, its successor and/or assigns may not add

any costs or attorney fees for the foreclosure sale to the mortgage debt owed by Debtor on property located at 269-271 Watson, Detroit, MI 48206.

      IT IS FURTHER ORDERED that to the extent the motion sought any additional relief other than what is provided for in this order, the motion is DENIED.

**Signed on January 17, 2008**

                                                 **/s/ Thomas J. Tucker**
                                                 **Thomas J. Tucker**
                                                 **United States Bankruptcy Judge**