UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

Gwendolyn Mingo                          Chapter 7
                                           Case Number 07-47529
                 Debtor(s)               Honorable Thomas J. Tucker
_____/

## **WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

    Now comes Movant, JPMorgan Chase Bank N.A as successor in merger to Bank One N.A. f/k/a NBD Bank it's successors and or assigns, by and through its attorneys, Orlans Associates, P.C. and hereby withdraws the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed on January 31, 2008.

Dated: February 7, 2008

                                                         By: /s/ Stephanie P. Orrico   P58937
                                                         Orlans Associates, P.C.
                                                         Attorneys for JPMorgan Chase Bank N.A as successor in merger to Bank One N.A. f/k/a NBD Bank  it's successors and or assigns
                                                         P.O. Box 5041
                                                         Troy, Michigan 48007
                                                         (248) 457-1000
                                                         File Number:  362.0503